IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:17cr482-MHT
                            )            (WO)
WILLIAM RODRIQUEZ FORD      )
```

ORDER

This case is before the court on defendant William Rodriquez Ford's addendum to his compassionate release motion (doc. no. 843).  In the addendum, Ford contends that he has not received adequate evaluation of a pain in his leg that started after his COVID-19 infection, which pain he fears may be a symptom of a blood clot; that many staff at FPC-Montgomery do not wear face masks; that prisoners from units with infected inmates are allowed to mingle outside with prisoners from units housing uninfected units; and that there is no hot water (presumably in his unit) with which Ford can wash his hands effectively.  The court is concerned about these allegations.

Accordingly, it is ORDERED that, by December 2, 2020, the government shall respond to each of these allegations with evidence, including, in particular, proof that defendant Ford has been assessed for the presence of blood clots in his legs.

DONE, this the 18th day of November, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**