IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:17cr482-MHT** |
| | ) | **(WO)** |
| **WILLIAM RODRIQUEZ FORD** | ) | |

ORDER

It is ORDERED that defendant William Rodriquez Ford's motion for early release from home confinement (Doc. 951) is denied with leave to renew, for the reason set forth below.

Defendant Ford has failed to show that he has complied with the requirement to seek compassionate release from the Bureau of Prisons before filing a motion for sentence reduction in court. Under 18 U.S.C. § 3582(c)(1)(A), a court can, in certain limited circumstances, modify a previously imposed term of imprisonment based on a motion of a defendant. However, the defendant must first file a request with the warden of his facility seeking compassionate

release from BOP custody, explaining the (current) basis for his request for early release. The defendant can file a motion for sentence reduction--and the court is authorized to grant relief--<u>only</u> "after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion [for compassionate release] on the defendant's behalf <u>or</u> [after] the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." 18 U.S.C. § 3582(c)(1)(A) (emphasis added).*

Although the Bureau of Prisons has decided to place Ford on home confinement, he still is technically serving his sentence of incarceration in the custody of

---

    * Of course, the court cannot grant a sentence reduction unless it also finds that that there are extraordinary and compelling reasons for a sentence reduction, that the defendant qualifies for a reduction under U.S. Sentencing Guideline § 1B1.13, and that the sentencing factors set forth in 18 U.S.C. § 3553(a) weigh in favor of a reduction. *See United States v. Giron*, 15 F.4th 1343, 1346 (11th Cir. 2021).

the Bureau of Prisons; therefore, he must ask the Bureau for compassionate release from custody, explaining the current reasons why he seeks release. He can refile his motion, attaching a copy of his request, after 30 days have lapsed or after he has exhausted all administrative appeals.

DONE, this the 22nd day of April, 2024.

                 /s/ Myron H. Thompson
                 **UNITED STATES DISTRICT JUDGE**