IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr482-MHT |
| | ) | (WO) |
| WILLIAM RODRIQUEZ FORD | ) | |

## ORDER

This case is before the court on defendant William Rodriquez Ford's motion for early termination of supervised release (Doc. 975). After being orally informed that the government opposes the motion at this time because Ford has not completed half of his term of supervision, the court provided the government and probation officer an opportunity to respond to the motion in writing. Only the probation officer filed a response. Though Ford has completed only 14 months of his eight-year term of supervised release, he was released to a halfway house by the Bureau of Prisons in early January 2023. He therefore asserts that he has been out of prison for more than three years without any noncompliance. Ford's probation officer supports his request for

termination and confirms that Ford follows all instructions, works full time as a truck driver, lives with his wife, and has passed all drug screens. The officer further notes that Ford receives prosocial and emotional support from his wife, siblings, and adult children and that his family continues to work closely with him to ensure that he remains compliant. Based on these representations, the court finds that early termination of supervised release is appropriate.

Accordingly, it is ORDERED that defendant William Rodriquez Ford's motion for early termination of supervised release (Doc. 975) is granted, and he is discharged.

DONE, this the 23rd day of February, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE